```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
CERTAIN UNDERWRITERS AT LLOYDS,       :
LONDON, *et al.*,                     :
                                      :         1:24-cv-3967-GHW
                        Petitioners,  :
                                      :              ORDER
            -v –                      :
WESLACO INDEPENDENT SCHOOL            :
DISTRICT,                             :
                        Respondent.   :
                                      :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 22, 2024, Petitioners filed a petition to appoint an arbitrator. Dkt. No. 1. Respondent must file any opposition no later than June 7, 2024. Petitioners must file their reply, if any, within one week of the date of service of Respondent's opposition.

SO ORDERED.

Dated: May 24, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge